**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TODD SPAULDING** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:05CV221** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **DEFENDANT** |

## JUDGMENT

THIS CAUSE came before the Court on October 3, 2006 for trial without a jury pursuant to FED. R. CIV. P. 52. The Court, after a full review and consideration of the evidence presented, pleadings on file, arguments of counsel and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Todd Spaulding pursuant to FED. R. CIV. P. 52. Plaintiff shall recover of the Defendant, United States of America, compensatory damages in the amount of $22,958.00 with interest at the rate of 4.90% per annum until paid in full, and costs of this action.

**SO ORDERED AND ADJUDGED** this the 5th day of October, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE